DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC FREED,**
Appellant,

v.

**MARTA CESANI, AS TRUSTEE OF GREEN PALM OASIS III
REVOCABLE TRUST DATED JUNE 4, 2015** and
**ZULMA VELA ARRIGUI,**
Appellees.

No. 4D2024-0168

[August 29, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. CACE 22-006720.

Victor Petrescu of Levine Kellogg Lehman Schneider + Grossman LLP, Miami, for appellant.

Barry S. Turner of Barry S. Turner, P.A., Miami, for appellee Marta Cesani.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***